```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611147579
Cashier ID: buensum
Transaction Date: 02/14/2020
Payer Name: Northern California Legal
----------------------------------------
MISCELLANEOUS PAPERS
 For: DMCA Subpoena
 Case/Party: D-CAN-4-20-MC-080044-001
 Amount:         $47.00
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 52161
 Amt Tendered: $47.00
----------------------------------------
Total Due:      $47.00
Total Tendered: $47.00
Change Amt:     $0.00

DMR


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```