MARC E. MAYER (SBN 190969), mem@msk.com
AARON D. JOHNSTON (SBN 328627), adj@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Activision Publishing, Inc.

FILED
FEB 14 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 20 80044 MISC. DMR

In re DMCA Subpoena to Reddit, Inc.

MISC. CASE NO.

**DECLARATION OF MARC E. MAYER IN SUPPORT OF DMCA SUBPOENA TO REDDIT, INC.**

I, Marc E. Mayer, declare as follows:

1. I am, through my professional corporation, a partner of the law firm Mitchell Silberberg & Knupp. Mitchell Silberberg & Knupp LLP is counsel for Activision Publishing, Inc. ("Activision") and is authorized to act on Activision's behalf in the protection of copyrights and/or exclusive rights possessed by Activision pertaining to numerous highly popular video games. Activision's copyrights include, but are not limited to, the computer software program entitled "Call of Duty: Modern Warfare" ("CODMW").

2. Activision is requesting the attached proposed subpoena that would order Reddit.com to disclose the identity, including the name(s), address(es), telephone

CASE NO. _____
**DECLARATION OF MARC E. MAYER**

number(s), and e-mail address(es) of the user(s) responsible for posting content as "Assyrian2410" on the website Reddit.com.

3.  The purpose for which this subpoena is sought is to obtain the identity of the individual(s) associated with "Assyrian2410" on the Reddit.com website. This user infringed Activision's copyright in CODMW in a post located at the following URL: https://www.reddit.com/r/modernwarfare/comments/f2ifa7/i_found_this_image_online_not_sure_what_it_is/?utm_source=share&utm_medium=ios_app&utm_name=iossmf

4.  The information obtained will be used only for the purposes of protecting the rights granted to Activision under the Copyright Act.

5.  Pursuant to 17 U.S.C. § 512 (c)(3)(A), Activision submitted a notification to Reddit, Inc. identifying the infringing content posted by the aforementioned user and providing the information required by 17 U.S.C. § 512 (c)(3)(A), A true and accurate copy of the submitted notification is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed in Los Angeles, California on February 14, 2020.

Marc E. Mayer

# EXHIBIT 1



**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Marc E. Mayer
A Professional Corporation
(310) 312-3154 Phone
(310) 231-8354 Fax
mem@msk.com

February 14, 2020

VIA E-MAIL ONLY (COPYRIGHT@REDDIT.COM)

Reddit, Inc.

Re:     Notice of Infringement by "Assyrian2410"

To DMCA Designated Agent:

I submit to you the following accurate statement pursuant to section 512 of Title 17 of the U.S. Code and, under penalty of perjury, inform you that Mitchell Silberberg & Knupp LLP is authorized to act on behalf of Activision Publishing, Inc. ("Activision"), owner of copyrights and/or exclusive rights under copyright in and to the video game entitled "Call of Duty: Modern Warfare" ("CODMW").  I additionally inform you that exclusive rights owned by Activision in CODMW are being infringed on the Reddit website.  Specifically, these rights are being infringed via materials being made available by user "Assyrian2410" at the following URL:

https://www.reddit.com/r/modernwarfare/comments/f2ifa7/i_found_this_image_online_not_sure_what_it_is/?utm_source=share&utm_medium=ios_app&utm_name=iossmf

I hereby state that the information contained in this Notice is accurate, and, under penalty of perjury, that I have a good faith belief that the use of the materials available for viewing on Reddit.com is not authorized by Activision, its agents, or the law.

Thank you for your cooperation.

Sincerely,

Marc E. Mayer
A Professional Corporation of
MITCHELL SILBERBERG & KNUPP LLP

MEM/szm

2049 Century Park East, 18th Floor, Los Angeles, California 90067-3120
Phone:  (310) 312-2000  Fax:  (310) 312-3100  Website: WWW.MSK.COM

11892276.1